No. 12–6768. BRYANT v. LUFKIN INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir.;
No. 12–6797. ABRAHAM v. UAW INTERNATIONAL UNION ET AL. C. A. 6th Cir.;

No. 12–6853. TUCKER ET VIR v. TIFT COUNTY HOSPITAL AUTHORITY ET AL. Ct. App. Ga.;

No. 12–6879. KISKILA ET UX. v. UNITED STATES. C. A. 9th Cir.;

No. 12–6920. ROBERTSON v. CREE, INC. C. A. 4th Cir.; and

No. 12–7201. CHALASANI v. DAINES ET AL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 28, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.